UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| BERNADETTE THOMAS | * | |
| Plaintiff, | * | Civil Action No.:  CBB-03-CV-403 |
| v. | * | |
| THE BALTIMORE LIFE COMPANY | * | |
| | * | |
| Defendant. | | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of March, 2003, a copy of the

Answer of Defendant, The Baltimore Life Insurance Company, which was electronically filed

in this case on March 24, 2003, was mailed via first class mail, postage prepaid, to Norris C.

Ramsey, Esquire, 2122 Maryland Ave., Baltimore, Maryland 21218, attorney for Plaintiff,

Bernadette Thomas.


                                    /s/
                          _____
                          Harriet E. Cooperman
                          Trial Bar No. 00729
                          SAUL EWING LLP
                          100 South Charles Street
                          Baltimore, Maryland 21201
                          (410) 332-8974 (telephone)
                          (410) 332-8973 (facsimile)

                          Counsel for Defendant,
                          The Baltimore Life Insurance Company

758213.1 3/24/03