UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
CATHERINE C. BLAKE
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-3220
Fax (410) 962-6836

April 16, 2003

Norris C. Ramsey, Esquire
Norris C. Ramsey. P.A.
2122 Maryland Avenue
Baltimore, MD 21218

    Re:    Bernadette Thomas v. The Baltimore Life Company;
           Civil No. CCB-03-403

Dear Mr. Ramsey:

    On April 14, 2003 you were not available for a scheduled 9:15 a.m. conference call. Despite our call to your office, you have still not contacted my office to reschedule. Please explain the reason for your delinquency, in writing, by **April 21, 2003**.

                                         Sincerely yours,

                                         /s/

                                         Catherine C. Blake
                                         United States District Judge

cc:    Harriet E. Cooperman, Esquire
       Court File