**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **CHAMBERS OF**<br>**CATHERINE C. BLAKE**<br>**UNITED STATES DISTRICT JUDGE** | **U.S. COURTHOUSE**<br>**101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>(410) 962-3220<br>Fax (410) 962-6836 |

April 29, 2003

Norris C. Ramsey, Esquire
Norris C. Ramsey, P.A.
2122 Maryland Avenue
Baltimore, MD 21218

      Re:     <u>Bernadette Thomas v. The Baltimore Life Company, Civil No. CCB-03-403</u>

Dear Mr. Ramsey:

     Please make sure your e:mail is functioning and you, or someone in your office, checks it at least once a day. The fax you received April 24, 2003, was a second copy of my April 16, 2003 letter. The first one should have been on your e:mail April 16, 2003. The letter setting up the conference call was sent to your e:mail address on April 3, 2003.

     A new conference call in this case has been set for **May 6, 2003** at **9:30 a.m.** If either you or Ms. Cooperman cannot be available, you should consult with each other and notify my chambers promptly to arrange another date. Otherwise, my office will initiate the call as scheduled.

                                                     Sincerely yours,

                                                     /s/

                                                     Catherine C. Blake
                                                     United States District Judge

cc:     Harriet E. Cooperman, Esquire
        Court File