

HARRIET E. COOPERMAN
Phone: (410) 332-8974
Mobile: (410) 303-8842
Fax: (410) 332-8973
hcooperman@saul.com
www.saul.com

May 14, 2003

Magistrate Judge James K. Bredar
United States Magistrate Judge
United States District Court for
the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

      RE:   *Bernadette Thomas v. The Baltimore Life Insurance Company*
             Civil No. CCB-03-403

Dear Magistrate Judge Bredar:

      I am in receipt of your letter scheduling a settlement Conference in the above-captioned matter for Thursday, June 5, 2003 at 10:00 a.m.

      Unfortunately, as I informed your assistant by telephone, I will be unable to attend a settlement conference on that date due to the fact that I will be appearing as counsel for Defendants in a preliminary injunction hearing before the Honorable Frederick Motz in the matter of *Deutsche Post Global Mail Limited v. Gerard Conrad, et al.*, Civil No. 03-CV-863. Accordingly, I hereby request a postponement of this settlement conference.

      Thank you for your consideration of this request.

                                         Sincerely,

                                         Harriet E. Cooperman

HEC/ral
cc:  The Honorable Catherine C. Blake
     Norris Ramsey, Esq.

100 South Charles Street ♦ Baltimore, MD 21201-2773 ♦ Phone: (410) 332-8600 ♦ Fax: (410) 332-8862

764179.1 5/14/03  BALTIMORE   CHESTERBROOK   HARRISBURG   NEW YORK   PHILADELPHIA   PRINCETON   WILMINGTON
A DELAWARE LIMITED LIABILITY PARTNERSHIP