UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**CHAMBERS OF**  
**JAMES K. BREDAR**  
**U.S. MAGISTRATE JUDGE**

**101 WEST LOMBARD STREET**  
**BALTIMORE, MARYLAND 21201**  
**(410) 962-0950**  
**(410) 962-2985 FAX**

May 22, 2003

Norris C. Ramsey, Esquire  
Norris C. Ramsey, PA  
2122 Maryland Avenue  
Baltimore, Maryland  21218

Harriet E. Cooperman, Esquire  
Saul Ewing, LLP  
100 South Charles Street, 15th Floor  
Baltimore, Maryland  21201-2773

Subject: *Bernadette Thomas v. The Baltimore Life Insurance Company*  
Civil No. CCB-03-403

Dear Counsel:

This letter is to confirm that the settlement conference in the above-captioned matter previously set for Monday, September 29, 2003, at 10:00 a.m. has been rescheduled at the request of counsel. The new date is **Monday, August 11, 2003, at 10:00 a.m.** in my chambers, 8C United States Courthouse, 101 West Lombard Street, Baltimore, Maryland. Your *ex parte* letter, as described in my letter of May 12, should arrive in chambers no later than Monday, August 4, 2003.

Notwithstanding the informal nature of this letter, it is an Order of the Court and the Clerk is directed to docket it as such.

Very truly yours,

/s/

James K. Bredar  
United States Magistrate Judge

JKB/cw  
cc: The Hon. Catherine C. Blake  
    Court file  
    Chambers file

U.S. District Court (Rev. 9/2001)